**JOHNSON FISTEL, LLP**
BRETT M. MIDDLETON
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
brettm@johnsonfistel.com

*Attorneys for Plaintiff Grant Smith*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT SMITH, derivatively on behalf of FUNKO INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN MARIOTTI, RUSSELL NICKEL, ANDREW PERLMUTTER, JENNIFER FALL JUNG, GINO DELLOMO, MICHAEL LUNSFORD, CHARLES DENSON, ADAM KRIGER, KEN BROTMAN, DIANE IRVINE, AND SARAH KIRSHBAUM LEVY,<br><br>Defendants,<br><br>-and-<br><br>FUNKO INC., a Delaware corporation,<br><br>Nominal Defendant | Case No. 2:22-cv-03155-WLH (MAA)<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:         April 12, 2024<br>Time:        1:30 p.m.<br>Courtroom: 9B, 9th Floor<br>Judge:       Hon. Wesley L. Hsu |

Case No.: 2:22-cv-03155-WLH (MAA)
NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on April 12, 2024, at 1:30 p.m., Plaintiff Grant Smith ("Smith") will move before the Honorable Wesley L. Hsu, United States District Court Judge, for preliminary approval of the settlement set forth in the Stipulation and Agreement of Settlement dated March 4, 2024 (the "Stipulation" or "Settlement"),[1] and filed herewith (the "Motion). The Stipulation resolves all stockholder derivative claims in (i) the above-captioned stockholder derivative action pending before this Court (the "Demand Made Action"); (ii) *In re Funko, Inc. Deriv. Litig.*, Lead No. 2:20-cv-03740-VAP-PJW (C.D. Cal.), also pending before this Court (the "Demand Futility Action"), and (iii) *Fletcher, et al. v. Mariotti*, No. 2022-0591 (Del. Ch.) (the "Delaware Demand Made Action") (collectively, the "Litigation").[2]

Plaintiff Smith's unopposed motion is based on the attached Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Derivative Settlement, the Stipulation and exhibits thereto, the Declaration of Brett M. Middleton, and such additional evidence or argument as may be required by the Court.

Respectfully submitted,

Dated: March 4, 2024

**JOHNSON FISTEL, LLP**

*/s/ Brett M. Middleton*
BRETT M. MIDDLETON

---

[1] Unless otherwise noted, all capitalized terms shall have the same definition as set forth in the Stipulation, attached to the Declaration of Brett M. Middleton in Support of Unopposed Motion for Preliminary Approval of Derivative Settlement ("Middleton Decl.") as **Exhibit 1**.

[2] As set forth in the Stipulation of Settlement, the release provided for in the Settlement will also release overlapping derivative claims in another related stockholder derivative action pending in the Delaware Court of Chancery, captioned *Silverberg ex rel. Funko, Inc. v. Mariotti*, C.A. No. 2021-0517 (Del. Ch.). Stip., §V.4.

1

Case No.: 2:22-cv-03155-WLH (MAA)
NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL

FRANK J. JOHNSON
JONATHAN M. SCOTT
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: (619) 230-0063
brettm@johnsonfistel.com
frankj@johnsonfistel.com
jonathans@johnsonfistel.com

*Attorneys for Plaintiff Grant Smith*